UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA (WESTERN)
(RAPID CITY)

| | |
|---|---|
| IN RE: | X |
| **MICHELLE KATHY ONE FEATHER** X | Case No. **10-50012** |
| DEBTOR | X   Chapter 7 |
| xxx-xx-0197 | |

## MOTION TO REOPEN CHAPTER 7 PROCEEDING PURSUANT TO 11 U.S.C. SEC. 350(b) TO ALLOW ENTRY OF CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

Pro Se Debtor, Michelle Kathy One Feather files this Motion to Reopen her Chapter 7 proceeding to allow entry of her Certificate of Completion of Financial Management Course. Debtor requests that this Court reopen this proceeding for the limited purpose so she may file the Certificate with the Court and requests the Court to thereafter issue your Order of Discharge.

Debtor states that no fee is required for the filing of this Motion as the filing fees in this proceeding have been waived.

Debtor states that she is filing her certificate at the same time of the filing of this Motion.

Date: 5/24/10

Michelle K. One Feather
Michelle Kathy One Feather, Pro Se Debtor

RECEIVED

2010 JUN -3 A 8: 02

CLERK
U.S. BANKRUPTCY
DIST. OF SOUTH DAKOTA